# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE R. MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. COPE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-CV-01617-DLB PC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>(ECF NO. 16) |

　　　　Plaintiff Lance R. Martin ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff filed notice of intent to withdraw this action on January 4, 2010. Accordingly, the Court ordered the closure of this action pursuant to Plaintiff's notice of voluntary dismissal. Pending before the Court is Plaintiff's motion for reconsideration, filed July 1, 2010. (ECF No. 16.) Plaintiff contends that he was under physical duress at the time he filed his notice, and is still under duress. Plaintiff requests reinstatement of this action.

　　　　Motions to reconsider are committed to the discretion of the trial court. *Combs v. Nick Garin Trucking*, 825 F.2d 437, 441 (D.C. Cir. 1987); *Rodgers v. Watt*, 722 F.2d 456, 460 (9th Cir. 1983) (en banc). To succeed, a party must set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision. *See Kern-Tulare Water Dist. v. City of Bakersfield*, 634 F. Supp. 656, 665 (E.D. Cal. 1986), *aff'd in part and rev'd in part on other grounds*, 828 F.2d 514 (9th Cir. 1987). When filing a motion for reconsideration, Local Rule 230(j) requires a party to show the "new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for

1 the motion."

2     Plaintiff appears to contend that he is currently being food poisoned at High Desert State
3 Prison in Susanville, California. (Pl.'s Mot. 1.) However, this action concerned events occurring
4 at Kern Valley State Prison in Delano, California. (Pl.'s Compl. 5, ECF No. 1.) Events at High
5 Desert State Prison arise from completely different events than the ones originally raised in this
6 action. Plaintiff fails to present sufficient grounds to re-open this action.[1]

7     Accordingly, it is HEREBY ORDERED that Plaintiff's motion for reconsideration, filed
8 July 1, 2010, is DENIED.

9     IT IS SO ORDERED.

10     Dated:  **July 13, 2010**          /s/ **Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Plaintiff filed several motions to withdraw the action, and filed other documents indicating that he did not intend to withdraw. (ECF Nos. 10, 11, 12, 13, 14.) Plaintiff's last filing, on January 4, 2010, indicated that he intended to dismiss his action. Plaintiff claims in some filings that he is under physical duress; in other filings, Plaintiff indicates that there is no duress. The Court lacks sufficient information to decide which of Plaintiff's contentions is true. Plaintiff is reminded that representations to the Court require factual support. Fed. R. Civ. P. 11(b)(3).